**Order entered October 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00838-CV

### KHOSROW SADEGHIAN, Appellant

### V.

### DAVID JACO, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13719**

## ORDER

Before the Court is the October 19, 2018 second request of Lanetta Williams, Official

Court Reporter for the 116th Judicial District Court, for an extension of time to file the reporter's

record. We **GRANT** the request and extend the time to **November 20, 2018**. We caution Ms.

Williams that further requests for extension will be disfavored.

/s/ ADA BROWN
JUSTICE